NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAIKIN INDUSTRIES, LTD., DAIKIN AMERICA, INC.,**
*Appellants*

**v.**

**THE CHEMOURS COMPANY FC, LLC,**
*Appellee*

---

2018-1389

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00452.

---

## JUDGMENT

---

ANTHONY F. LO CICERO, Amster Rothstein & Ebenstein LLP, New York, NY, argued for appellants. Also represented by MARION P. METELSKI.

DIPU A. DOSHI, Blank Rome LLP, Washington, DC, argued for appellee. Also represented by JONATHAN W.S. ENGLAND, MICHAEL S. MARCUS.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* PLAGER and HUGHES, *Circuit Judges*).
**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 8, 2019 /s/ Peter R. Marksteiner
Date Peter R. Marksteiner
Clerk of Court